DENTONS US LLP
SONIA R. MARTIN (SBN 191148)
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198
Email: sonia.martin@dentons.com

MARK L. HANOVER (*pro hac vice*)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
E-mail: mark.hanover@dentons.com

ISABELLA C. HSU (SBN 306178)
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: isabella.hsu@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA HILARIO, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant | Case No.: 3:20-cv-05459-WHO<br><br>**STIPULATION TO CONTINUE THE HEARING DATE; [PROPOSED] ORDER** |

Case No. 3:20-cv-05459-WHO

STIPULATION TO CONTINUE MOTION TO DISMISS HEARING DATE; [PROPOSED] ORDER

Pursuant to Civil Local Rule 7-12, Plaintiff Tisha Hilario, individually and on behalf of a class of all others similarly situated, ("Plaintiff") and Defendant Allstate Insurance Company ("Defendant") (collectively, "Parties") hereby enter into this stipulation (the "Stipulation") based on the following recitals of fact:

**RECITALS**

1. Defendant filed its Motion to Dismiss Class Action Complaint [ECF No. 19] ("Motion to Dismiss") on October 9, 2020.

2. The Motion to Dismiss is set for hearing on Wednesday, November 18, 2020.

3. Defense counsel has a scheduling conflict on Wednesday, November 18, 2020, and she is scheduled to be in deposition on that date.

4. The Parties now agree to continue the hearing date by fourteen (14) days to Wednesday, December 2, 2020.

**STIPULATION**

**NOW THEREFORE**, subject to the approval of the Court, the Parties hereby agree and stipulate as follows:

1. The Motion to Dismiss hearing date shall be continued by fourteen (14) days from Wednesday, November 18, 2020 to Wednesday, December 2, 2020.

2. No other deadlines shall be affected by this Stipulation.

**IT IS SO STIPULATED.**

Case No. 3:20-cv-05459-WHO     - 1 -     STIPULATION TO CONTINUE MOTION TO DISMISS HEARING DATE; [PROPOSED] ORDER

| | |
|---|---|
| Dated: October 21, 2020 | **DENTONS US LLP**<br>SONIA R. MARTIN<br>MARK L. HANOVER<br>ISABELLA C. HSU<br><br>By: */s/ Sonia R. Martin*<br>　　　Sonia R. Martin<br><br>Attorneys for Defendant<br>ALLSTATE INSURANCE COMPANY |
| Dated: October 21, 2020 | **SHANE LAW**<br>DAVID R. SHANE<br><br>**HART MCLAUGHLIN & ELDRIDGE**<br>BRIAN ELDRIDGE<br>STEVEN HART<br>JACK PRIOR<br><br>By: */s/ Jack Prior*<br>　　　Jack Prior<br><br>Attorneys for Plaintiff<br>TISHA HILARIO |

## ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Sonia R. Martin, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　　　　　　　*/s/Sonia R. Martin*
　　　　　　　　　　　　　　　　　　　　　　　　Sonia R. Martin

DENTONS US LLP
ONE MARKET, SPEAR STREET TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The Motion to Dismiss hearing date shall be continued by fourteen (14) days from Wednesday, November 18, 2020 to Wednesday, December 2, 2020.

2. No other deadlines shall be affected by this Stipulation.

Dated: October 22, 2020



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE