DENTONS US LLP
SONIA R. MARTIN (SBN 191148)
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California  94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198
Email:  sonia.martin@dentons.com

MARK L. HANOVER (*pro hac vice*)
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
E-mail: mark.hanover@dentons.com

ISABELLA C. HSU (SBN 306178)
601 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: isabella.hsu@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA HILARIO, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant | Case No.: 3:20-cv-05459-WHO<br><br>**STIPULATION TO CONTINUE THE DECEMBER 9, 2020 MOTION TO DISMISS HEARING DATE; ORDER** |

Pursuant to Civil Local Rule 7-12, Plaintiff Tisha Hilario, individually and on behalf of a class of all others similarly situated, ("Plaintiff") and Defendant Allstate Insurance Company ("Defendant") (collectively, "Parties") hereby enter into this stipulation (the "Stipulation") based on the following recitals of fact:

**RECITALS**

1. Defendant filed its Motion to Dismiss Class Action Complaint [ECF No. 19] ("Motion to Dismiss") on October 9, 2020.

2. The Motion to Dismiss was set for hearing on November 18, 2020.

3. The Parties stipulated to continue the hearing date to December 2, 2020, which this Court granted [ECF Nos. 26 and 27].

4. Plaintiff filed her opposition on October 23, 2020 [ECF No. 29] and Defendant filed its reply on October 30, 2020 [ECF No. 32].

5. The Court continued the December 2, 2020 hearing to December 9, 2020 [ECF No. 35].

6. Defense counsel has a mediation on December 9, 2020.

7. The Parties now agree to continue the December 9, 2020 hearing date by seven (7) days to December 16, 2020.

**STIPULATION**

**NOW THEREFORE**, subject to the approval of the Court, the Parties hereby agree and stipulate as follows:

1. The Motion to Dismiss hearing date shall be continued by seven (7) days from December 9, 2020 to December 16, 2020.

2. No other deadlines shall be affected by this Stipulation.

**IT IS SO STIPULATED.**

DENTONS US LLP
ONE MARKET, SPEAR STREET TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

Dated: November 24, 2020

**DENTONS US LLP**
SONIA R. MARTIN
MARK L. HANOVER
ISABELLA C. HSU

By: */s/Sonia R. Martin*
   Sonia R. Martin

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: November 24, 2020

**SHANE LAW**
DAVID R. SHANE

**HART MCLAUGHLIN & ELDRIDGE**
BRIAN ELDRIDGE
STEVEN HART
JACK PRIOR

By: */s/Jack Prior*
   Jack Prior

Attorneys for Plaintiff
TISHA HILARIO

## ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Sonia R. Martin, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

   */s/Sonia R. Martin*
   Sonia R. Martin

Case No. 3:20-cv-05459-WHO        - 2 -        STIPULATION TO CONTINUE 12/9/2020
                                                MOTION TO DISMISS HEARING DATE;
                                                [PROPOSED] ORDER

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. The Motion to Dismiss hearing date shall be continued by seven (7) days from December 9, 2020 to December 16, 2020.

2. No other deadlines shall be affected by this Stipulation.

Dated: 11/24/2020



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE