**SHANE LAW**
David Shane (State Bar No. 109890)
1000 Drakes Landing Rd #200
Greenbrae, CA 94904-3027
Telephone: (414) 464-2020
Facsimile: (415) 464-2024
dshane@shanelaw1.com

**HART McLAUGHLIN & ELDRIDGE LLC**
Brian Eldridge (State Bar No. 220822)
Jack Prior (Pro Hac Vice)
Steven Hart (Pro Hac Vice)
22 West Washington St., Suite 1600
Chicago, Illinois 60602
Telephone: (312) 955-0545
Facsimile: (312) 971-9243
beldridge@hmelegal.com
jprior@hmelegal.com
shart@hmelegal.com

*Attorneys for Plaintiff Tisha Hilario,
individually and on behalf of a class of all others similarly
situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA HILARIO, individually and on behalf of a class of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Defendant. | No. 3:20-cv-05459-WHO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION**<br><br>**Hearing Date: October 5, 2022**<br><br>**Time: 2:00 p.m.**<br><br>**Judge: William H. Orrick** |

**ORDER**

On September 22, 2022, Plaintiff filed the Motion for Extension of Time to File Reply Brief in Support of Class Certification. **IT IS SO ORDERED.**

1. Plaintiff's Motion for Extension of Time to File Reply Brief in Support of Class Certification is GRANTED. Plaintiff shall file the Reply Brief by October 20, 2022.

2. The hearing on the completed briefing for Class Certification previously scheduled for October 12, 2022 at 2:00 p.m. is continued to November 9, 2022.

IT IS SO ORDERED.

Dated: September 23, 2022

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE