UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA HILARIO,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Case No.  3:20-cv-05459-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MOVE HEARING DATE**<br><br>Re: Dkt. No. 83 |

Defendant's Unopposed Motion to Move the Class Certification Hearing Date, Dkt. No. 83, is GRANTED.  The hearing date is hereby rescheduled for November 16, 2022, at 2:00pm.

**IT IS SO ORDERED.**

Dated: October 14, 2022



William H. Orrick
United States District Judge