**SHANE LAW**
David Shane (State Bar No. 109890)
1000 Drakes Landing Rd #200
Greenbrae, CA 94904-3027
Telephone: (414) 464-2020
dshane@shanelaw1.com

**HART McLAUGHLIN & ELDRIDGE LLC**
Brian Eldridge (State Bar No. 220822)
Steven Hart (pro hac vice)
One South Dearborn, Suite 1400
Chicago, Illinois 60603
Telephone: (312) 955-0545
beldridge@hmelegal.com
shart@hmelegal.com

*Attorneys for Plaintiff Tisha Hilario,*

*individually and on behalf of a class of all others similarly situated*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TISHA HILARIO, individually and on behalf of a class of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY<br><br>Defendant. | No. 3:20-cv-05459-WHO<br><br>**SUPPLEMENT TO PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL AND FOR CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS**<br><br>Hearing Date & Time: 8/20/2025, 2:00 p.m.<br><br>Judge: William H. Orrick |

Plaintiff, individually and on behalf of a class of all others similarly situated, by and through their counsel, respectfully supplement Dkt. 134 (Plaintiff's Unopposed Motion for

Preliminary Approval and for Certification of the Proposed Settlement Class) to include Exhibits D-G, which were inadvertently omitted from the initial filing.

Dated: July 17, 2025           By:      /s/ Brian Eldridge

**SHANE LAW**
David Shane (State Bar No. 109890)
1000 Drakes Landing Rd #200
Greenbrae, CA 94904-3027
Telephone: (414) 464-2020
dshane@shanelaw1.com

**HART McLAUGHLIN & ELDRIDGE LLC**
Brian Eldridge (State Bar No. 220822)
Steven Hart (Pro Hac Vice)
One South Dearborn, Suite 1400
Chicago, Illinois 60603
Telephone: (312) 955-0545
beldridge@hmelegal.com
shart@hmelegal.com

*Attorneys for Plaintiff Tisha Hilario, individually and on behalf of a class of all others similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

*/s/ Brian Eldridge*

Brian Eldridge

Case No. 3:20-cv-05459-WHO                               SUPPLEMENT TO PLAINTIFF'S
                                                         MOTION FOR PRELIM APPROVAL